Hon. Robert H. Whaley

Evan L. Schwab, WSBA# 2174
Curt Roy Hineline, WSBA# 16317
David M. Jacobson, WSBA# 30125
DORSEY & WHITNEY LLP
1420 Fifth Avenue, Ste. 3400
Seattle, WA 98101
(206) 903-8800

Attorneys for Defendant Avista Corporation

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB - 7 2002

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| THE HACKETT GROUP, on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>AVISTA CORPORATION, THOMAS M. MATTHEWS and JON E. ELIASSEN,<br><br>　　　　　　Defendants. | CASE NO. CS-00-0262-RHW<br><br>CLASS ACTION<br><br>ORDER OF DISMISSAL OF CASE WITH PREJUDICE |

## ORDER

THIS MATTER having come on regularly before the Court on the parties' Stipulation, the Court, having reviewed the files on record in this case and being fully advised in the premises, now, therefore,

ORDER OF DISMISSAL- 1

DORSEY & WHITNEY LLP
U.S. Bank Centre
1420 Fifth Ave., Suite 3400
Seattle, Washington 98101
(206) 903-8800

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case,

2  including all of the parties' respective claims and counterclaims, be dismissed with

3  prejudice and without an award of costs or attorney's fees to any party.

4  DATED this ___ day of February, 2002.

5

6  _____
   HONORABLE ROBERT H. WHALEY

7

8  **Presented by:**

9  DORSEY & WHITNEY LLP

10

11

12  _____

13  Evan L. Schwab, WSBA# 2174
    Curt Roy Hineline, WSBA# 16317
    David M. Jacobson, WSBA# 30125
14  1420 Fifth Avenue, Ste. 3400
    Seattle, WA 98101
15  (206) 903-8800

16

17

18

19

20

21

22

23

24

ORDER OF DISMISSAL- 2

**DORSEY & WHITNEY LLP**
U.S. Bank Centre
1420 Fifth Ave., Suite 3400
Seattle, Washington 98101
(206) 903-8800