FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 14 2002

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE HACKETT GROUP, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVISTA CORPORATION, THOMAS M. MATTHEWS and JON E. ELIASSEN,<br><br>Defendants. | No. CS 00-262-RHW<br><br>ORDER CLOSING FILE |

The Court has received a Stipulation of Dismissal of Case with Prejudice (Ct. Rec. 99). Therefore, the Clerk of this Court is ordered to **CLOSE** this file, subject to reopening upon good cause shown. Counsel may file settlement documents without moving to reopen the file.

**IT IS SO ORDERED.** The Clerk is hereby directed to enter this Order and furnish copies to counsel.

DATED this  13  day of February, 2002.

/s/ ROBERT H. WHALEY
ROBERT H. WHALEY
United States District Judge

ORDER CLOSING FILE - 1